**Stanley CHUBB, Appellant,**

v.

**ROBINSON CONSTRUCTION CO. and St. Paul Fire and Marine Ins. Co., Respondent.**

**No. ED 98197.**

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 23, 2012.

Daniel H. Rau, Sarah E. Heise, Cape Girardeau, MO, for Appellant.

Robert W. Frayne, St. Louis, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Stanley Chubb ("Claimant") appeals from the Labor and Industrial Relations Commission's ("Commission") Final Award ("Award") denying Claimant permanent total disability and awarding 15% permanent partial disability. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).